## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>**Plaintiff,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | |
| **$58,700.00, MORE OR LESS,** | ) | A16CV0035 SS |
| **IN UNITED STATES CURRENCY,** | ) | |
| **Defendant.** | ) | |

### WARRANT FOR THE ARREST OF PROPERTY

TO THE DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE OR OTHER AUTHORIZED LAW ENFORCEMENT OFFICER OR ANY OTHER PERSON OR ORGANIZATION AUTHORIZED BY LAW TO ENFORCE THE WARRANT:

WHEREAS a Verified Complaint for Forfeiture *in rem* was filed on January 19, 2016, against the following Property:

**$58,700.00 More or Less, in United States Currency**

**(hereinafter "Respondent Property")**, alleging that the Respondent Property is subject to forfeiture to the United States of America pursuant to 18 U.S.C. § 981(a)(1) and 21 U.S.C. § 881(a)(6) for violations of 18 U.S.C. § 1956 and 21 U.S.C. §§ 801 *et seq.*, and

WHEREAS an Order has been entered by the United States District Court for the Western District of Texas that a Warrant for Arrest of Property be issued as prayed for by Petitioner United States of America,

YOU ARE THEREFORE COMMANDED to arrest the Respondent Property as soon as practicable by serving a copy of this warrant on the custodian in whose possession, custody, or control the Respondent Property is presently found, and to use whatever means may be appropriate to protect and maintain the Respondent Property in your custody until further order of this Court, including designating a substitute custodian or representative for the purposes of

maintaining the care and custody of the Respondent Property and to make a return as provided by law.

SIGNED this _____ day of _____, 2016.

JEANNETTE J. CLACK
United States District Clerk
Western District of Texas

By: _____
Deputy